LUCY E. RING, LIBELLANT *vs.* HARRY E. RING, LIBELLEE.

Cumberland County.   Decided May 6, 1932.   On exceptions to a decree granting a divorce on the grounds of cruel and abusive treatment. The libellee, among other contentions, claimed condonation. The case requires no extended comment. It is sufficient to say that, in fact and in law, the record discloses abundant justification of the decision of the Justice below.

The entry must be, Exceptions overruled. Decree below affirmed. *Howard Davies,* for libellee. *Frank H. Haskell,* for libellant.